230 F.2d 949
 UNITED STATES of America, Appellant,
v.
BROWN & WILLIAMSON TOBACCO CORPORATION, Appellee.
 No. 12573.
 United States Court of Appeals Sixth Circuit.
 Feb. 7, 1956.
 
 John G. Laughlin, Melvin Richter, Washington, D.C., J. Leonard Walker, Rhodes Bratcher, Louisville, Ky., for appellant.
 Louis Seelbach, Louisville, Ky., for appellee.
 Before SIMONS, Chief Judge, and McALLISTER and STEWART, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment of the district court is affirmed.